# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:07-cv-00115-FDW

| | |
|---|---|
| DANIEL D. STARCZEWSKI and STARR CONSULTING, INC., | ) ) ) |
| Plaintiffs, | ) ) ) **ORDER** |
| vs. | ) ) |
| VIEW SYSTEMS, INC., a Florida corporation, and GUNTHER THAN, a Maryland resident, | ) ) ) ) |
| Defendants. | ) ) |

THIS MATTER is before the Court *sua sponte* concerning the status of Plaintiffs' case and Plaintiffs' failure to prosecute their claim.

On March 15, 2007, Plaintiffs filed their complaint against Defendants View Systems, Inc., and Gunther Than. Summonses were electronically issued on April 12, 2007 (Docs. Nos. 3, 4). Plaintiffs have not provided proof of service of the complaint and summons on Defendants, and the deadline for doing so has long since expired. Furthermore, neither of the two Defendants have waived service or otherwise made any appearance in this matter.

Other than filing the original Complaint, Plaintiffs have taken no further action in prosecution of their claims against Defendants. Within ten (10) calendar days from the date of this Order, Plaintiffs are instructed to SHOW CAUSE why this action should not be dismissed. If Plaintiffs fail to respond within ten (10) calendar days, this Court will dismiss this action for Plaintiffs' failure to prosecute.

IT IS, THEREFORE, ORDERED THAT, on or before March 7, 2008, Plaintiffs shall SHOW CAUSE why this action should not be DISMISSED pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute this action. Plaintiffs are warned that failure to make a timely response to this Order to Show Cause will result in DISMISSAL of this lawsuit.

IT IS SO ORDERED.

Signed: February 26, 2008

Frank D. Whitney
United States District Judge