IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:07-cv-00115-FDW

| | |
|---|---|
| DANIEL D. STARCZEWSKI and STARR CONSULTING, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) ORDER<br>)<br>) |
| VIEW SYSTEMS, INC., a Florida corporation, and GUNTHER THAN, a Maryland resident, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

THIS MATTER is before the Court *sua sponte* concerning the status of Plaintiffs' case and Plaintiffs' failure to prosecute their claim. On February 26, 2008, the Court ordered Plaintiffs to show cause why this action should not be dismissed for failure to prosecute. (Doc. No. 5). The Court cautioned Plaintiffs that their failure to respond by March 7, 2008, would subject their lawsuit to dismissal. Plaintiffs failed to respond, and the time for doing so has long expired.

IT IS, THEREFORE, ORDERED THAT pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the Complaint is DISMISSED for failure to prosecute this action. The Clerk is DIRECTED to CLOSE THE CASE.

IT IS SO ORDERED.

Signed: April 15, 2008

Frank D. Whitney
United States District Judge