# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Daniel D. Starczewski and
Starr Consulting, Inc.,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                               3:07-cv-115

View Systems, Inc., a Florida
corporation, and Gunther Than, a
Maryland resident,

       Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/15/2008 Order.

                                                   Signed: April 15, 2008

                                                   Frank G. Johns, Clerk
                                                   United States District Court